UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARION HENRY

v.  Case No. 6:14-cv-1731-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

## ORDER

THIS CAUSE came on for consideration by the Court *sua sponte*. On December 3, 2014, United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 5) recommending that the Court dismiss Plaintiff Marion Henry's Complaint (Doc. 1). Having reviewed the Report and Recommendation (Doc. 5) and all filings in this case, and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **APPROVED** and **ADOPTED**.

2. Plaintiff Marion Henry's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY** and to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 5 day of January, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party